# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

LARRY FASBENDER,

    Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendant.

Case No. 6:20-CV-01304-TC-TJJ

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Larry Fasbender and Defendant The Prudential Insurance Company of America, by and through their respective undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Further, each party will bear his and its own costs, expenses, and attorneys' fees.

Respectfully Submitted,

Date:   June 29, 2021

Respectfully submitted,

GRAYBILL & HAZLEWOOD, LLC

/s/  Donald N. Peterson
Donald N. Peterson, II, #13805
Sean M. McGivern, #22932
218 N. Mosley St.
Wichita, KS 67202
Telephone: (316) 266-4058
Fax: (316) 462-5566
don@graybillhazlewood.com

sean@graybillhazlewood.com

***ATTORNEYS FOR PLAINTIFF***

SEYFARTH SHAW LLP

/s/ *Julie M. Kamps* (admitted pro hac vice)
Julie M. Kamps
Ian H. Morrison
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
Tel: (312) 460-5000
Fax: (312) 460-7000
Email address: jkamps@seyfarth.com

HINKLE LAW FIRM LLC

/s/ *David M. Rapp*
David M. Rapp, #08802
Sean D. Walsh, #25052
Hinkle Law Firm LLC
1617 North Waterfront Parkway, Suite 400
Wichita, KS 67206
Tel: 316-267-2000
Fax: 316-630-8466
drapp@hinklaw.com
swalsh@hinklaw.com

***ATTORNEYS FOR DEFENDANT***